### THE STATE *vs.* FAVROT.

A public inventory is a ministerial act, and may
be made by a notary ; but the right of deciding
whether an inventory should be made or not, is a judi-
cial act, and if the judge be interested, he cannot act.

The facts are stated in the opinion deliv-
ered by Porter, J.   The party applying to
the court for the rule in this instance states,
that he is heir of one Viscerent M. Jones, and
Alphonso C. Jones, and that he had request-
ed the parish judge of the parish of West
Baton Rouge to make an inventory of the
property of the deceased. That the judge had
refused because a partnership had existed
between him and the intestate. A manda-
mus is prayed for to compel him.

We think the rule, which issued on the
judge to show cause should be discharged.

A public inven-
tory is a ministe-
rial act and may

Eastern District.
*March* 1830.

STATE
*vs.*
FAVROT.

be made by a notary, but the right of deciding whether an inventory should be made or not is a judicial act and if the judge be interested he cannot act.

The 1097th article of the Louisiana Code declares, it is true, that public inventories may be made by a judge or a notary duly appointed; and this is a ministerial act. But by law the right of deciding whether an inventory should be made or not, is a judicial act, and we think the judge could not act when he was interested.—*Lou. Code, nos.* 1081, 1082.

The rule must therefore be discharged.